JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHARLIE WU,<br><br>　　　　　Defendant. | Case No. CV 21-3850 FMO (SHKx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　United States District Judge